Granted at hearing held on 12/12/17.



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: December 12, 2017.

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TRAVIS YOUNG, ) | |
| ) | Bankruptcy Case No. 17-30163 |
| Debtor. ) | |
| _____) | |
| ) | |
| PAMELA YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Case No. 17-03010 |
| ) | |
| TRAVIS YOUNG, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON DEFENDANT TRAVIS YOUNG'S MOTION TO ALLOW WITHDRAWAL
AND SUBSTITUTION OF COUNSEL IN ADVERSARY PROCEEDING
PURSUANT TO L. RULE 2014**

On this day came to be considered the *Motion to Allow Withdrawal and for Substitution of Counsel in Adversary Proceeding Pursuant to L. Rule 2014* filed by Defendant Travis Young (the "*Motion*"). After consideration of the pleadings and the arguments of

Counsel, as well as the Court finding that notice was proper to the necessary Parties, this Court is of the opinion that the relief requested in the *Motion* should be granted in its entirety.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Michael Nevarez, Esq. is permitted to withdraw as attorney of record for Defendant Travis Young in Adversary Proceeding No. 17-03010;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Miranda & Maldonado, P.C. is authorized to substitute as Counsel for Travis Young in Adversary Proceeding No. 17-03010 and is designated as new counsel of record for the Defendant in place of Michael Nevarez, Esq., who is relieved of his obligations and duties to this Court in this case.

***

ORDER SUBMITTED BY:

Carlos A. Miranda III, Esq.
Gabe Perez, Esq.
MIRANDA & MALDONADO, P.C.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
cmiranda@eptxlawyers.com
gperez@eptxlawyers.com

Attorneys for Travis Young

Young,
       Plaintiff                                                           Adv. Proc. No. 17-03010-hcm

Young,
       Defendant

# CERTIFICATE OF NOTICE

District/off: 0542-3        User: yarbrough        Page 1 of 1        Date Rcvd: Dec 12, 2017
                        Form ID: pdfapac       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.
pla        +Pamela W Young,   c/o Corey W. Haugland,   James & Haugland, P.C.,   609 Montana Avenue,   El Paso, TX 79902-5303
dft        +Travis Ryan Young,   6647 Mariposa,   El Paso, TX 79912-3215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Dec 12 2017 23:45:14
          United States Trustee - EP12,   U.S. Trustee's Office,   615 E. Houston, Suite 533,   P.O. Box 1539,   San Antonio, TX 78295-1539
                                                                                                                        TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:
          Carlos A. Miranda, III    on behalf of Defendant Travis Ryan Young cmiranda@eptxlawyers.com, wendy@eptxlawyers.com
          Corey W. Haugland    on behalf of Plaintiff Pamela W Young chaugland@jghpc.com
          Michael R. Nevarez    on behalf of Defendant Travis Ryan Young MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com
          Ronald E Ingalls    ecf@ingallstrustee.com, ri@trustesolutions.com;ron@ingallstrustee.com;ri@trustesolutions.net;danning@ingallstrustee.com
                                                                                                                                                        TOTAL: 4