**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 12, 2017.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TRAVIS RYAN YOUNG | § | Case No. 17-30163-HCM |
| Debtor. | § | |
| PAMELA W. YOUNG | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 17-03010-HCM |
| | § | |
| TRAVIS RYAN YOUNG | § | |
| Defendant. | § | |

**ORDER REGARDING MOTION TO
COMPEL, CIVIL CONTEMPT, AND SANCTIONS (BRITTANY YOUNG)**

On December 12, 2017, the Court conducted a hearing on the Motion to Compel, for Order of Civil Contempt, and for Sanctions Against Brittany Young for Failure to Comply With Subpoena ("Motion")(dkt# 38) filed by Pamela Young ("Plaintiff"). Ms. Brittany Young did not appear at the hearing, although she was provided with notice of the hearing and the Motion. Mr. Carlos Miranda appeared on behalf of Ms. Brittany Young, and as counsel for Defendant. Mr. Corey Haugland appeared as counsel for Plaintiff.

Through the Motion, Plaintiff seeks to compel Ms. Brittany Young to produce documents in accordance with the Order of the Court entered on October 26, 2017 (dkt# 30)("Prior Order") and the Subpoena to Produce Documents directed to Brittany Young dated October 26, 2017 issued by Plaintiff with the Amended Notice of Third-Party

1

Request for Production ("Subpoena")(dkt# 34). The Prior Order and Subpoena required Ms. Brittany Young to produce documents to Plaintiff by November 16, 2017. Plaintiff also seeks to hold Ms. Brittany Young in civil contempt and sanctions for non-compliance with the Subpoena and the Prior Order of this Court. The Court has considered the Motion, the Subpoena, the Prior Order of the Court, and the statements and arguments of counsel. The Court finds that the following Order should be entered on the Motion.

**IT IS THERFORE ORDERED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. The Motion to Compel, for Order of Civil Contempt, and for Sanctions Against Brittany Young ("Motion")(dkt# 38) filed by Pamela Young ("Plaintiff") is hereby GRANTED to the extent set forth below.

2. By December 27, 2017, Ms. Brittany Young shall produce for inspection and photocopying to Plaintiff's counsel, all documents requested by Plaintiff in the Subpoena and the Prior Order that are within Ms. Brittany Young's possession, custody, or control.

3. By December 29, 2017, Ms. Brittany Young shall also provide Plaintiff's counsel with a sworn written Response to the Subpoena, which shall set forth, by each specific Document Request in the Subpoena: (a) the responsive documents actually produced by Ms. Brittany Young to Plaintiff's counsel; and (b) which requested documents could not be produced to Plaintiff's counsel because the documents do not exist. Ms. Brittany Young may not respond to the Subpoena by stating that the documents have been or will be produced by some other person.

4. Ms. Brittany Young has not complied with the Prior Order of the Court requiring Ms. Brittany Young to produce documents. As a result, by December 27, 2017, Ms. Brittany Young shall pay $1,600 in attorney's fees and expenses to Plaintiff's counsel, representing reasonable fees and expenses in filing and presenting the Motion to compel compliance with the Subpoena and Prior Order of the Court.

5. If by December 27, 2017, Ms. Brittany Young fails to produce the documents required by this Order, or if by December 29, 2017, Ms. Brittany Young fails to provide the sworn Response to the Subpoena required by this Order, then Ms. Brittany Young will be in civil contempt of Court. In such event, Plaintiff will also be entitled to seek additional and further relief and sanctions from the Court against Ms. Brittany Young.

6. Mr. Carlos Miranda, as counsel for Ms. Brittany Young, shall cause a copy of this Order to be served upon Ms. Brittany Young.

7. Any relief requested in the Motion which is not expressly granted in this Order is hereby DENIED without prejudice.

**# # #**

```
                              United States Bankruptcy Court
                               Western District of Texas
Young,
             Plaintiff                                             Adv. Proc. No. 17-03010-hcm
Young,
             Defendant            CERTIFICATE OF NOTICE
District/off: 0542-3         User: cardenasr            Page 1 of 1                  Date Rcvd: Dec 13, 2017
                             Form ID: pdfapac           Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
pla          +Pamela W Young,    c/o Corey W. Haugland,    James & Haugland, P.C.,    609 Montana Avenue,
               El Paso, TX 79902-5303
dft          +Travis Ryan Young,    6647 Mariposa,    El Paso, TX 79912-3215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Dec 13 2017 23:15:51
               United States Trustee - EP12,   U.S. Trustee's Office,    615 E. Houston, Suite 533,
               P.O. Box 1539,   San Antonio, TX  78295-1539
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                           Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
              Carlos A. Miranda, III    on behalf of Defendant Travis Ryan Young cmiranda@eptxlawyers.com,
               wendy@eptxlawyers.com
              Corey W. Haugland    on behalf of Plaintiff Pamela W Young chaugland@jghpc.com
              Michael R. Nevarez    on behalf of Defendant Travis Ryan Young MNevarez@LawOfficesMRN.com,
               MRN4Bankruptcy@gmail.com
              Ronald E Ingalls    ecf@ingallstrustee.com,
               ri@trustesolutions.com;ron@ingallstrustee.com;ri@trustesolutions.net;danning@ingallstrustee.com
                                                                                              TOTAL: 4