

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 12, 2017.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| TRAVIS RYAN YOUNG | § § | Case No. 17-30163-HCM |
| Debtor. | § | |
| PAMELA W. YOUNG | § § | |
| Plaintiff, | § | |
| v. | § § | Adversary No. 17-03010-HCM |
| TRAVIS RYAN YOUNG | § | |
| Defendant. | § | |

**ORDER REGARDING MOTION TO
COMPEL, CIVIL CONTEMPT, AND SANCTIONS (KEITH YOUNG)**

On December 12, 2017, the Court conducted a hearing on the Motion to Compel, for Order of Civil Contempt, and for Sanctions Against Keith Young for Failure to Comply With Subpoena ("Motion")(dkt# 39) filed by Pamela Young ("Plaintiff"). Mr. Keith Young did not appear at the hearing, although he was provided with notice of the hearing and the Motion. Mr. Carlos Miranda appeared on behalf of Mr. Keith Young, and as counsel for Defendant. Mr. Corey Haugland appeared as counsel for Plaintiff.

Through the Motion, Plaintiff seeks to compel Mr. Keith Young to produce documents in accordance with the Subpoena to Produce Documents directed to Keith Young dated September 14, 2017 issued by Plaintiff in this adversary proceeding ("Subpoena")(dkts# 20, 24). Plaintiff also seeks to hold Mr. Keith Young in civil contempt and sanctions for non-compliance with the Subpoena. The Court has considered the

1

Motion, the Subpoena, the letter objections dated October 27, 2017 and November 21, 2017 from Mr. Keith Young with respect to the Subpoena ("Objections"), and the statements and arguments of counsel. The Court finds that the following Order should be entered with respect to the Motion.

**IT IS THERFORE ORDERED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. The Motion to Compel, for Order of Civil Contempt, and for Sanctions Against Keith Young ("Motion")(dkt# 39) filed by Pamela Young ("Plaintiff") is hereby GRANTED to the extent set forth below.

2. By January 3, 2018, Mr. Keith Young shall produce for inspection and photocopying to Plaintiff's counsel, all documents requested by Plaintiff in the Subpoena that are within Mr. Keith Young's possession, custody, or control.

3. By January 5, 2018, Mr. Keith Young shall also provide Plaintiff's counsel with a sworn written Response to the Subpoena, which shall set forth, by each specific Document Request in the Subpoena: (a) the responsive documents actually produced by Mr. Keith Young to Plaintiff's counsel; and (b) which requested documents could not be produced to Plaintiff's counsel because the documents do not exist. Mr. Keith Young may not respond to the Subpoena by stating that the documents have been or will be produced by some other person.

4. The Objections by Mr. Keith Young to the Subpoena are hereby DENIED, except for the following. Mr. Keith Young shall produce for inspection by Plaintiff's counsel the federal and state tax return documents sought by Document Request No. 3 in the Subpoena. Plaintiff's counsel may not photocopy such federal and state tax return documents, unless agreed to by Mr. Keith Young. If Plaintiff believes that the information in the federal and state tax return documents are relevant, Plaintiff may file a motion with the Court to permit photocopying of such documents.

5. If by January 3, 2018, Mr. Keith Young fails to produce the documents required by this Order, or if by January 5, 2018, Mr. Keith Young fails to provide the sworn Response to the Subpoena required by this Order, then Mr. Keith Young is hereby ordered to pay the amount of $1,600 in attorney's fees and expenses to Plaintiff's counsel and will be in civil contempt of Court. In such event, Plaintiff will also be entitled to seek additional and further relief and sanctions from the Court against Mr. Keith Young.

6. Mr. Carlos Miranda, as counsel for Mr. Keith Young, shall cause a copy of this Order to be served upon Mr. Keith Young.

7. Any relief requested in the Motion which is not expressly granted in this Order is hereby DENIED without prejudice.

###

Young,
    Plaintiff                                                     Adv. Proc. No. 17-03010-hcm

Young,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0542-3         User: cardenasr          Page 1 of 1             Date Rcvd: Dec 13, 2017
                            Form ID: pdfapac      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.
pla         +Pamela W Young,   c/o Corey W. Haugland,   James & Haugland, P.C.,   609 Montana Avenue,
              El Paso, TX 79902-5303
dft         +Travis Ryan Young,   6647 Mariposa,   El Paso, TX 79912-3215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Dec 13 2017 23:15:46
              United States Trustee - EP12,   U.S. Trustee's Office,   615 E. Houston, Suite 533,
              P.O. Box 1539,   San Antonio, TX  78295-1539
                                                                                                                                                           TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:
              Carlos A. Miranda, III    on behalf of Defendant Travis Ryan Young cmiranda@eptxlawyers.com,
              wendy@eptxlawyers.com
              Corey W. Haugland    on behalf of Plaintiff Pamela W Young chaugland@jghpc.com
              Michael R. Nevarez    on behalf of Defendant Travis Ryan Young MNevarez@LawOfficesMRN.com,
              MRN4Bankruptcy@gmail.com
              Ronald E Ingalls     ecf@ingallstrustee.com,
          ri@trustesolutions.com;ron@ingallstrustee.com;ri@trustesolutions.net;danning@ingallstrustee.com
                                                                                                                                                          TOTAL: 4