**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 12, 2017.**



_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| TRAVIS RYAN YOUNG | § | Case No. 17-30163-HCM |
| Debtor. | § | |
| PAMELA W. YOUNG | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 17-03010-HCM |
| | § | |
| TRAVIS RYAN YOUNG | § | |
| Defendant. | § | |

## SECOND MODIFIED SCHEDULING ORDER

On December 12, 2017 the Court conducted a hearing in this adversary proceeding. Mr. Carlos Miranda, as counsel for Travis Ryan Young ("Defendant"), and Mr. Corey Haugland as counsel for Pamela W. Young ("Plaintiff") appeared at the hearing. After considering the substitution of counsel, the statements of counsel and the status of this adversary proceeding, the Court finds that the following Second Modified Scheduling Order should be entered in this adversary proceeding.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. The Scheduling Order entered by the Court in this adversary proceeding on June 9, 2017 (dkt# 7) as modified by the Modified Scheduling Order entered on August

1

17, 2017 (dkt# 17) (collectively "Scheduling Order") is hereby further modified in the following respects:

    A.    By January 31, 2018, all discovery shall be completed. Counsel may, by mutual agreement, continue discovery beyond such deadline, but there will no intervention by the Court except in extraordinary circumstances.

    B.    Docket call for trial is hereby set for <u>March 21, 2018 at 1:30 p.m. (MT)</u> in the United States Bankruptcy Court, 511 E. San Antonio Ave., 4th floor, El Paso, Texas. Docket call for trial currently set for December 20, 2017 is hereby cancelled.

    C.    By March 14, 2018, the parties shall file a proposed JOINT Pre-Trial Order as provided in Local Rule 7016(c).

    D.    By March 14, 2018, each party shall separately submit proposed findings of fact and conclusions of law as provided in Local Rule 7016(d).

2.    Except as expressly modified herein, the deadlines and terms of the Scheduling Order entered by the Court shall remain in effect.

# # #

United States Bankruptcy Court
Western District of Texas

Young,
    Plaintiff                                                                         Adv. Proc. No. 17-03010-hcm

Young,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0542-3           User: cardenasr           Page 1 of 1           Date Rcvd: Dec 13, 2017
                             Form ID: pdfintp         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.
pla         +Pamela W Young,   c/o Corey W. Haugland,   James & Haugland, P.C.,   609 Montana Avenue,
            El Paso, TX 79902-5303
dft         +Travis Ryan Young,   6647 Mariposa,   El Paso, TX 79912-3215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Dec 13 2017 23:15:49
            United States Trustee - EP12,   U.S. Trustee's Office,   615 E. Houston, Suite 533,
            P.O. Box 1539,   San Antonio, TX  78295-1539
                                                                                                                     TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:
            Carlos A. Miranda, III    on behalf of Defendant Travis Ryan Young cmiranda@eptxlawyers.com,
            wendy@eptxlawyers.com
            Corey W. Haugland    on behalf of Plaintiff Pamela W Young chaugland@jghpc.com
            Michael R. Nevarez    on behalf of Defendant Travis Ryan Young MNevarez@LawOfficesMRN.com,
            MRN4Bankruptcy@gmail.com
            Ronald E Ingalls    ecf@ingallstrustee.com,
          ri@trustesolutions.com;ron@ingallstrustee.com;ri@trustesolutions.net;danning@ingallstrustee.com
                                                                                                                     TOTAL: 4