# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **TRAVIS YOUNG,** | ) | |
| | ) | |
| Debtor. | ) | Bankruptcy Case No. 17-30163-HCM |
| _____ | ) | Chapter 7 |
| | ) | |
| **PAMELA YOUNG,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 17-03010 |
| | ) | |
| **TRAVIS YOUNG, Individually and** | ) | |
| **d/b/a PREMIER BUILDERS,** | ) | |
| | ) | |
| Defendant. | ) | |

## BRITTANY YOUNG'S CERTIFICATE OF SERVICE OF
## SWORN RESPONSES TO THIRD-PARTY REQUEST FOR PRODUCTION

Comes now Brittany Young, a Third-Party herein, and states that on December 29, 2017, she had served her *Sworn Responses Third-Party Request for Production* on Counsel of Record for Plaintiff, Pamela Young, by hand-delivery in accordance with the prior *Order* of this Court.

Respectfully submitted,

**MIRANDA & MALDONADO, P.C.**

/s/ Carlos A. Miranda III, Esq.
Carlos A. Miranda III, Esq.
Carlos G. Maldonado, Esq.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
**cmiranda@eptxlawyers.com**
**cmaldonado@eptxlawyers.com**

Attorneys for Brittany Young

## CERTIFICATE OF SERVICE

  I hereby certify that on this, the 29th day of December 2017, I served a true and correct copy of her *Sworn Responses to Third-Party Request for Production* by Hand-Delivery and Electronic Service to Plaintiff Pamela W. Young c/o Corey W. Haugland, Esq., James & Haugland, P.C., 609 Montana Avenue, El Paso, Texas 79902, chaugland@jghpc.com, and by Electronic Service to the Chapter 7 Trustee, Ronald E. Ingalls, P.O. Box 2867, Fredericksburg, Texas 78624-1927, ron@ingallstrustee.com.

              /s/ Carlos A. Miranda, Esq.
              Carlos A. Miranda, Esq.
              Carlos G. Maldonado, Esq.
              Attorneys for Brittany Young