# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 17–30163–hcm

Chapter No.: 7

IN RE: **Travis Ryan Young**, Debtor(s)

Adversary Proceeding No.: 17–03010–hcm

Judge: H. Christopher Mott

**Pamela W Young**
Plaintiff

v.

**Travis Ryan Young**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   El Paso Courtroom, 511 E. San Antonio Avenue, El Paso, TX 79901

on   **2/13/18 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 56 Second Motion to Compel and for Sanctions Against Brittany Young Filed by Corey W. Haugland for Plaintiff Pamela W Young.) Hearing Scheduled For 2/13/2018 at 10:00 AM at El Paso Courtroom...RESPONSE TO MOTION DUE: 2/6/18 (Farrar, Ronda)

Dated: 1/22/18

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]