```
Label Matrix for local noticing        United States Trustee (SMG37)         U.S. BANKRUPTCY COURT
0542-3                                  U.S. Trustee's Office                 511 E. San Antonio Ave., Rm. 444
Case 17-30163-hcm                       615 E. Houston, Suite 533             EL PASO, TX 79901-2417
Western District of Texas               P.O. Box 1539
El Paso                                 San Antonio, TX 78295-1539
Fri Jan 26 17:48:25 CST 2018

ATTORNEY GENERAL OF TEXAS               (p)BANK OF AMERICA                    Capital One
COLL. DIV/BANKRUPTCY SECTION            PO BOX 982238                         P.O. Box 30285
P.O. BOX 12548                          EL PASO TX 79998-2238                 Salt Lake City, UT 84130-0285
Austin, TX 78711-2548


Chase Bank                              Citi Cards                            City of El Paso
P.O. Box 15298                          P.O. Box 6241                         c/o Delgado Acosta
Wilmington, DE 19850-5298               Sioux Falls, SD 57117-6241            221 N. Kansas, Suite 1400
                                                                              El Paso, TX 79901-1400


City of El Paso                         Dan Fink                              Diversified Consultants
c/o Don Stecker                         356 Silver Star                       P.O. Box 551268
711 Navarro Ste. 300                    El Paso, TX 79912-3055                Jacksonville, FL 32255-1268
San Antonio, Tx 78205-1749


E.P. Bud Kirk                           INTERNAL REVENUE SERVICE              Kathleen Hernandez
Attorney at Law                         P.O. BOX 7346                         P.O. Box 13413
600 Sunland Park Drive, #4-400          Philadelphia, PA 19101-7346           El Paso, TX 79913-3413
El Paso, TX 79912-5134


Mark Salloum                            Old Republic Surety Company           Pamela Young
Attorney at Law                         Dennis McDonnell, VP Claims           c/o Corey W. Haugland
661 S. Mesa Hills, Suite 100            445 S. Moorland Road, Suite 200       James & Haugland, P.C.
El Paso, TX 79912-5550                  Brookfield, WI 53005-4254             609 Montana Avenue
                                                                              El Paso, Texas 79902-5303


Pamela Young                            Pamela Young                          Travis Ryan Young
c/o Corey W. Haugland                   c/o Jason Chapman                     c/o Michael R. Nevarez
James & Haugland, P.C.                  611 E. Schuster ,Bldg. 1              The Nevarez Law Firm, PC
P.O. Box 1770                           El Paso, TX 79902                     P.O. Box 12247
El Paso, TX 79949-1770                                                        El Paso, TX 79913-0247


U.S. ATTORNEY/FHA/HUD/VA/IRS            United States Trustee - EP12          Vargas CPA, PC
601 N.W. LOOP 410                       U.S. Trustee's Office                 4855 N. Mesa St.
SUITE 600                               615 E. Houston, Suite 533             Suite 112
SAN ANTONIO, TX 78216-5512              P.O. Box 1539                         El Paso, TX 79912-5939
                                        San Antonio, TX 78295-1539


Verizon Wireless                        Carlos A. Miranda III                 Ronald E Ingalls
Attn:  Bankruptcy                       Miranda & Maldonado, P.C.             PO Box 2867
500 Technology Dr.                      5915 Silver Springs                   Fredericksburg, TX 78624-1927
Suite 550                               Bldg. 7
Saint Charles, MO 63304-2225            El Paso, TX 79912-4126


Travis Ryan Young
5647 Mariposa
El Paso, TX 79912-3215
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients    0<br>Total                 27 |