IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE TRAVIS YOUNG, | ) | |
| | ) | |
| Debtor. | ) | Bankruptcy Case No. 17-30163 |
| | ) | |
| | ) | |
| PAMELA YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 17-03010 |
| | ) | |
| TRAVIS YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON TRAVIS YOUNG'S MOTION TO COMPEL TURNOVER
OF PROPERTY OF THE ESTATE
PURSUANT TO 11 U.S.C. SECTION 541(a) and 542(a) & (e)
AGAINST FORMER COUNSEL**

On this day came to be considered the *Motion To Compel Turnover of Property of the Estate Pursuant to 11 U.S.C. Section 541(a) and 542(a) & (e)* (the "*Motion to Compel Turnover*") filed by Travis Ryan Young, Debtor herein. After consideration of the pleadings and the arguments of Counsel, as well as the Court finding that notice was proper to the

*Young/Nevarez – Order on Motion to Compel* – Page 1

necessary Parties, this Court is of the opinion that the relief requested in the *Motion* should be granted in its entirety.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Michael Nevarez, Esq. is compelled to immediately release and/or make available for reproduction the documents and electronic files comprising the Client File for the Chapter 7 proceeding, and two Adversary Proceedings, wherein he represented Travis Ryan Young as Debtor's Counsel and Defendant's Counsel.

***

**ORDER SUBMITTED BY:**

**Carlos A. Miranda, Esq.**
**Carlos G. Maldonado, Esq.**
**MIRANDA & MALDONADO, P.C.**
**5915 Silver Springs, Bldg. 7**
**El Paso, Texas 79912**
**(915) 587-5000 (Telephone)**
**(915) 587-5001 (Facsimile)**
**cmiranda@eptxlawyers.com**
**cmaldonado@eptxlawyers.com**

**Attorneys for Debtor Travis Ryan Young**