# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 17–30163–hcm

Chapter No.: 7

IN RE: **Travis Ryan Young** , Debtor(s)

Adversary Proceeding No.: 17–03010–hcm

Judge: H. Christopher Mott

**Pamela W Young**
Plaintiff

v.

**Travis Ryan Young**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  El Paso Courtroom, 511 E. San Antonio Avenue, El Paso, TX 79901

on  **2/13/18 at 10:00 AM**

STATUS Hearing to Consider and Act Upon the Following: (related document(s): 66 Motion for Extension of Deadlines Under Scheduling Order Filed by Corey W. Haugland for Plaintiff Pamela W Young.) Status Hearing Set For 2/13/2018 at 10:00 AM at El Paso Courtroom (Farrar, Ronda)

Dated:  2/1/18

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]

```
                               United States Bankruptcy Court
                                 Western District of Texas
Young,
          Plaintiff                                            Adv. Proc. No. 17-03010-hcm
Young,
          Defendant
                                   CERTIFICATE OF NOTICE
District/off: 0542-3          User: Farrarr              Page 1 of 1         Date Rcvd: Feb 01, 2018
                              Form ID: 137               Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
intp           +Brittany Young,    5915 Silver Springs, Bldg. 7,   El Paso, TX 79912-4126
pla            +Pamela W Young,    c/o Corey W. Haugland,   James & Haugland, P.C.,   609 Montana Avenue,
                 El Paso, TX 79902-5303
dft            +Travis Ryan Young,   6647 Mariposa,   El Paso, TX 79912-3215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
              Carlos A. Miranda, III    on behalf of Interested Party Brittany  Young cmiranda@eptxlawyers.com,
               wendy@eptxlawyers.com
              Carlos A. Miranda, III    on behalf of Defendant Travis Ryan Young cmiranda@eptxlawyers.com,
               wendy@eptxlawyers.com
              Corey W. Haugland    on behalf of Plaintiff Pamela W Young chaugland@jghpc.com
              Ronald E Ingalls    ecf@ingallstrustee.com,
               ri@trustesolutions.com;ron@ingallstrustee.com;ri@trustesolutions.net;danning@ingallstrustee.com
                                                                                             TOTAL: 4
```