## VERIFICATION

**STATE OF TEXAS**        )
                          )
**EL PASO COUNTY**        )

Before me, the undersigned notary, on this day personally appeared KEITH YOUNG, the Affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is KEITH YOUNG. I am capable of making this *Sworn Verification*. I have read the *Response and Objection to Plaintiff's Second Motion to Compel and for Sanctions*. The facts stated in it are within my personal knowledge and are true and correct."

KEITH YOUNG

Sworn to and subscribed before me by KEITH YOUNG on February 6, 2018.

WENDY AVALOS
Notary Public, State of Texas
Comm. Expires 01-18-2021
Notary ID 129271795

Notary Public in and for
the State of Texas