# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TRAVIS YOUNG, ) | |
| ) | |
|     Debtor. ) | Bankruptcy Case No. 17-30163-HCM |
| ) | Chapter 7 |
| ) | |
| PAMELA YOUNG, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Adversary Case No. 17-03010 |
| ) | |
| TRAVIS YOUNG, Individually and ) | |
| d/b/a PREMIER BUILDERS, ) | |
| ) | |
|     Defendant. ) | |

## KEITH YOUNG'S CERTIFICATE OF SERVICE OF
## SWORN RESPONSES TO THIRD-PARTY REQUEST FOR PRODUCTION

Comes now Keith Young, a Third-Party herein, and states that on January 24, 2018, he had served his *Sworn Responses to Third-Party Request for Production* on Counsel of Record for Plaintiff, Pamela Young, by hand-delivery in accordance with the prior *Order* of this Court.

Respectfully Submitted,

**MIRANDA & MALDONADO, P.C.**

/s/ Carlos A. Miranda III, Esq.
Carlos A. Miranda III, Esq.
Carlos G. Maldonado, Esq.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
cmiranda@eptxlawyers.com
cmaldonado@eptxlawyers.com

Attorneys for Keith Young

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this, the 8th day of February 2018, I served a true and correct copy of his *Sworn Responses to Third-Party Request for Production* by Hand-Delivery and Electronic Service to Plaintiff Pamela W. Young c/o Corey W. Haugland, Esq., James & Haugland, P.C., 609 Montana Avenue, El Paso, Texas 79902, chaugland@jghpc.com, and by Electronic Service to the Chapter 7 Trustee, Ronald E. Ingalls, P.O. Box 2867, Fredericksburg, Texas 78624-1927, ron@ingallstrustee.com.

                                                /s/ Carlos A. Miranda, Esq.
                                                Carlos A. Miranda, Esq.
                                                Carlos G. Maldonado, Esq.
                                                Attorneys for Keith Young