## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRAVIS YOUNG, | ) | |
| | ) | |
|     Debtor. | ) | Bankruptcy Case No. 17-30163 |
| _____ | ) | |
| | ) | |
| PAMELA YOUNG, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 17-03010 |
| | ) | |
| TRAVIS YOUNG, | ) | |
| | ) | |
|     Defendant. | ) | |

### MOTION TO WITHDRAW KEITH YOUNG'S CERTIFICATE OF SERVICE (DOC. NO. 73)

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Keith Young ("Interested Party"), through his attorneys of record MIRANDA & MALDONADO, P.C., and files this *Motion to Withdraw Certificate of Service (Doc. No. 73)* (the "*Motion to Withdraw*"). In support of its *Motion to Compel Turnover,* Mr. Young would show the Court the following:

### I. Factual & Procedural Background

1. On February 8, 2017 Mr. Young filed a *Certificate of Service (Doc. No. 73)* in this adversary proceeding.

2. After filing, it was discovered that the wrong *Certificate of Service* had been filed reflecting a meaningless date of January 24, 2018.

3. For this reason, Mr. Young requests the immediate withdrawal of the *Certificate of Service* at (Doc. No. 73).

WHEREFORE, PREMISES CONSIDERED, Keith Young hereby requests that this Court enter an *Order* which permits the withdrawal of Certificate of Service at Doc. No. 73.

Respectfully submitted,

**MIRANDA & MALDONADO, P.C.**

/s/ Carlos A. Miranda, Esq.
Carlos A. Miranda, Esq.
Carlos G. Maldonado, Esq.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
**cmiranda@eptxlawyers.com**
**cmaldonado@eptxlawyers.com**

Counsel for Keith Young

## CERTIFICATE OF SERVICE

I certify that on the 9th day of February 2018, a copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas to the Parties listed in the *Creditor Matrix* as well as to the following Parties-in-Interest:

/s/ Carlos A. Miranda, Esq.
Carlos A. Miranda, Esq.
Attorney for Keith Young

**Chapter 7 Trustee**
Ronald E Ingalls
PO Box 2867
Fredericksburg, TX 78624-1927

**Counsel for Plaintiff**
James & Haugland, P.C.
Corey Haugland, Esq.
609 Montana Ave.
El Paso, Texas 79902