IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRAVIS YOUNG, | ) | |
| | ) | |
|     Debtor. | ) | Bankruptcy Case No. 17-30163 |
| _____ | ) | |
| | ) | |
| PAMELA YOUNG, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 17-03010 |
| | ) | |
| TRAVIS YOUNG, | ) | |
| | ) | |
|     Defendant. | ) | |

## MOTION TO WITHDRAW KEITH YOUNG'S CERTIFICATE OF SERVICE (DOC. NO. 73)

Came on this day to be considered the *Motion to Withdraw Keith Young's Certificate of Service (Doc. No. 73)*. After consideration of the pleadings, the Court is of the opinion that the

*Certificate of Service* filed as Doc. No. 73 in this *Adversary Proceeding* is withdrawn from the Adversary Proceeding's Docket and is of no legal effect.

***

**ORDER SUBMITTED BY:**

**Carlos A. Miranda, Esq.**
**Carlos G. Maldonado, Esq.**
**MIRANDA & MALDONADO, P.C.**
**5915 Silver Springs, Bldg. 7**
**El Paso, Texas 79912**
**(915) 587-5000 (Telephone)**
**(915) 587-5001 (Facsimile)**
**cmiranda@eptxlawyers.com**
**cmaldonado@eptxlawyers.com**
**Attorneys for Movant**